# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2410. DENLEY v. THE STATE.**

Appellant's motion to remand to the State Court of Clayton County so that the appellate record can be completed with the transcript of the hearing on motion for new trial is hereby GRANTED.

When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals.  Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*